IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,                             No. CR S-04-0421 JAM KJM

    vs.

CARL CHENG

    Movant.                               <u>FINDINGS AND RECOMMENDATIONS</u>

_____/

        The court served an order on movant's address of record on May 1, 2008. The order was returned by the postal service as undeliverable. It appears that movant has failed to comply with Local Rule 182(f), which requires that a party appearing in propria persona inform the court of any address change.

        Accordingly, IT IS HEREBY RECOMMENDED that:

        1. This action be dismissed for movant's failure to keep the court apprised of his current address (<u>see</u> Local Rules 182(f) and 110); and

        2. The Clerk of the Court be directed to close the companion civil case, No. CIV S-07-1698 JAM KJM P.

/////

/////

/////

1     These findings and recommendations are submitted to the United States District
2  Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l).  Within
3  twenty-one days after being served with these findings and recommendations, movant may file
4  written objections with the court.  The document should be captioned "Objections to Magistrate
5  Judge's Findings and Recommendations."  Movant is advised that failure to file objections
6  within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v.</u>
7  <u>Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

8  DATED:  August 31, 2010.

_____
U.S. MAGISTRATE JUDGE

4
chen0421.233

2