IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

      Respondent,               No. CR S-04-0421 JAM KJM

  vs.

CARL CHENG

      Movant.                <u>ORDER</u>

_____/

      Movant, a federal prisoner proceeding pro se, filed a motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

      On August 31, 2010, the magistrate judge filed findings and recommendations herein which were served on all parties[1] and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. Neither party has filed objections to the findings and recommendations.

      The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY

---

[1] The findings and recommendations served on movant were returned as undeliverable. Movant has not apprised the court of his current address. <u>See</u> Docket No. 33.

1

ORDERED that:

    1. The findings and recommendations filed August 31, 2010, are adopted in full;

    2. This action is dismissed for movant's failure to keep the court apprised of his current address. <u>See</u> Local Rules 182(f) and 110.

    3. The court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253.

    4. The Clerk of the Court is directed to close the companion civil case, No. CIV. S-07-1698 JAM KJM P.

DATED:   September 29, 2010.

                                                /s/ John A. Mendez
                                                UNITED STATES DISTRICT JUDGE

4/chen0421.801